SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
NELSON CHILIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMIN A. JADALLAH, AS TRUSTEE OF THE JADALLAH FAMILY TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 5:25-cv-00547-SSS (RAOx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff NELSON CHILIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.
4
5  DATED: June 19, 2025            **SO. CAL. EQUAL ACCESS GROUP**
6
7
8                                  By:    */s/   Jason J. Kim*
                                          Jason J. Kim, Esq.
9                                         Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**